[No. 9428-6-III.   Division Three.   October 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CAMERON T. PRESHER, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 87-1-00263-5, Evan E. Sperline, J., entered July 1, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Shields, JJ.

[Nos. 11781-9-II; 11782-7-II.   Division Two.   October 24, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. HENRY ERNEST ACOSTA, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. FIDEL BOBBY GONZALEZ, *Respondent.*

Appeals from judgments of the Superior Court for Clallam County, Nos. 87-1-00130-9, 87-1-00129-5, Grant S. Meiner, J., entered February 23, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 9520-7-III.   Division Three.   October 26, 1989.]

THE CITY OF SPOKANE, *Respondent,* v. DIANE M. STARRING, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88-1-00295-0, Fred L. Stewart, J., entered August 16, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.